**Ralph B. DRISKO, Libelant Appellant, v. BARBER S. S. LINES, Inc., Respondent Appellee.**

**BARBER S. S. LINES, Inc., Cross-Libelant Appellee, v. ATLANTIC COAST CO., Cross-Respondent Appellant.**

(Circuit Court of Appeals, Second Circuit. May 5, 1924.)

No. 327.

Appeal from the District Court of the United States for the Southern District of New York.

MacFarland, Taylor & Costello, of New York City (Alfred H. Strickland, of New York City, of counsel), for Ralph B. Drisko, the Schooner, and Atlantic Coast Co.

Hunt, Hill & Betts, of New York City (George Whitefield Betts, Jr., and Robert McLeod Jackson, both of New York City, of counsel), for appellee.

Before ROGERS, MANTON and MAYER, Circuit Judges.

PER CURIAM. Decree (300 Fed. 103), affirmed.